## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for use by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075. (See instructions for completion.)

### I. CASE STYLE

(Name of Court)

Plaintiff: SAUL LARA    Case #: _____    Judge: _____

vs.

Defendant: BEST DRY CLEANERS, INC.

### II. TYPE OF CASE

(If the case fits more that one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence - Other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental / Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability — commercial
    - ☐ Premises liability — residential
- ☐ Products liability
- ☐ Real property / Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 - $50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
    - ☐ Malpractice - business
    - ☐ Malpractice - medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust / Trade regulation
    - ☐ Business transactions
    - ☐ Constitutional challenge - statute or ordinance
    - ☐ Constitutional challenge –propose amendment
    - ☐ Corporate trusts
    - ☒ Discrimination –employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel / Slander
    - ☐ Securities litigation
    - ☐ Shareholder derivative action
    - ☐ Trade secrets
    - ☐ Trust litigation


EXHIBIT B

### III. REMEDIES SOUGHT
(Check all that apply)

☒ monetary;

☐ nonmonetary declaratory or injunctive relief;

☐ punitive

### IV. NUMBER OF CAUSES OF ACTION [ 1 ]
(specify) One Count of overtime violation pursuant to FLSA per 29 U.S.C. § 216(b).

### V. IS THIS CASE A CLASS ACTION LAWSUIT?

☐ Yes

☒ No

### VI. HAS NOTICE OF ANY KNOW RELATED CASE BEEN FILED?

☒ No

☐ Yes If "yes", list all related cases by name, case number and court.

### VII. IS JURY TRIAL DEMANDED IN COMPLAINT?

☒ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____  Fla. Bar # 0540021

Carlos V. Leach                                    11/15/2016

(type or print name)                               (Date)