UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAUL LARA,

        Plaintiff,

v.                                Case No: 6:17-cv-99-Orl-28TBS

BEST DRY CLEANERS, INC.,

        Defendant.

## ORDER

This case is before the Court on the Joint Motion for Approval of FLSA Settlement Agreement and Order Dismissing Action With Prejudice (Doc. 24). The assigned United States Magistrate Judge has submitted a Report and Recommendation (Doc. 25) recommending that the motion be granted if the parties execute the settlement agreement attached to the Report and that the motion be denied if the parties choose to stand on the version of the settlement agreement submitted with their motion. The parties have filed two Joint Notices of Non-Objection (Doc. 26 & 28) to the Report.

Although the parties did not file an executed version of the magistrate judge's proposed settlement agreement within the time period set by the magistrate judge, they did file an executed version on September 20, 2017. (See Doc. 29 & Attach.). As noted in the Report, "all things must come to an end, and that includes litigation." (Doc. 25 at 5). Thus, despite the lateness of the parties' filing of the executed settlement agreement, the Court will accept it. And after review of the record, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion and Stipulation for Approval of FLSA Settlement Agreement and Order Dismissing Action With Prejudice (Doc. 24) is **GRANTED**. The Settlement Agreement (Doc. 29-1) is approved.

3. This case is **dismissed with prejudice**.

4. The parties' requests for an extension of time (Docs. 26 & 28) are **DENIED as moot**.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on September 25, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record